United States Bankruptcy Court
Southern District of Florida

Calderin,
       Plaintiff

Adv. Proc. No. 18-01236-LMI

113 Boerum PL, LLC,
       Defendant

## CERTIFICATE OF NOTICE

```
District/off: 113C-1            User: cgrimm              Page 1 of 1                   Date Rcvd: Aug 17, 2018
                                Form ID: CGFD62           Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
```
ust            +United States Trustee - FTM7/13,   Timberlake Annex, Suite 1200,   501 E Polk Street,
                 Tampa, FL 33602-3949
dft            +113 Boerum PL, LLC,   113 Boerum Place,   Brooklyn, NY 11201-6215
pla            +Jacqueline Calderin,   c/o Tamara Van Heel, Esq.,   Agentis PLLC,
                 501 Brickell Key Drive, Suite 300,   Miami, FL   33131,   UNITED STATES 33131-2624
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 18 2018 01:20:15     Office of the US Trustee,
                 51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Aug 18 2018 01:20:24     U.S. Trustee,
                 Office of the United States Trustee,   J. Caleb Boggs Federal Building,
                 844 King Street, Suite 2207,   Lockbox 35,   Wilmington, DE 19801-3519
ust            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 01:20:24     U.S. Trustee.,
                 US Dept of Justice,   Office of the US Trustee,   One Newark Center Ste 2100,
                 Newark, NJ 07102-5235
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Aug 18 2018 01:20:16
                 United States Trustee (cabrera),   Office of the United States Trustee,
                 75 Ted Turner Dr., Suite 362,   Atlanta, GA 30303-3330
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 18 2018 01:19:54
                 United States Trustee (davis),   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 18 2018 01:19:54
                 United States Trustee - (ennever),   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 18 2018 01:19:54
                 United States Trustee - ORL,   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Aug 18 2018 01:19:54
                 United States Trustee - ORL7/13,   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*           +United States Trustee - ORL7/13,   Office of the United States Trustee,
                 George C Young Federal Building,   400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              Tamara   Van Heel    on behalf of Plaintiff Jacqueline   Calderin tvh@agentislaw.com,
                tvh@ecf.courtdrive.com;nsocorro@agentislaw.com;bankruptcy@agentislaw.com
                                                                                            TOTAL: 1
```

Form CGFD62  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 16–17186–LMI                          Adversary Number: 18–01236–LMI

In re:

**Name of Debtor(s):** PCH Communications, LLC

_____/

**Jacqueline Calderin**

Plaintiff(s)

**VS.**

**113 Boerum PL, LLC**

Defendant(s)

_____/

## NOTICE OF ENTRY ON DOCKET OF JUDGMENT/ORDER

Notice is hereby provided pursuant to Bankruptcy Rule 9022 that the Judgment/Order titled **Final Judgment Avoiding and Recovering Transfer and Awarding Request for Costs** (copy attached) was entered on the docket on **08/17/18** .

**Dated: 8/17/18**                                            **CLERK OF COURT**
                                                              By: Carmela Grimm
                                                              Deputy Clerk (305) 714–1800

The clerk shall serve a copy of this notice on all interested parties.