UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| *In re:* | Case No.: 16-17186-BKC-LMI |
| PCH COMMUNICATIONS, LLC, | Chapter 7 |
| _____Debtor._____/ | |
| JACQUELINE CALDERIN, Chapter 7 Trustee, | Adv. Case No.: 18-01236-LMI |
| Plaintiff, | |
| vs. | |
| 113 BOERUM PL, LLC, a New York limited liability company, | |
| _____Defendant._____/ | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following:

1. *Final Judgement Avoiding and Recovering Transfer and Awarding Request for Costs* [ECF# 15];

2. *Notice of Entry of Final Judgement Avoiding and Recovering Transfer and Awarding Request for Costs* [ECF# 16];

were served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on August 17, 2018 and via U.S. Mail to the parties on the attached service list on August 20, 2018.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

**agentis**

**501 Brickell Key Drive · Suite 300 · Miami, Florida 33131 · T. 305.722.2002 · www.agentislaw.com**

AGENTIS PLLC
*Counsel for Plaintiff, Chapter 7 Trustee*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002

By: _____
Tamara Van Heel
Florida Bar No. 107104
tvh@agentislaw.com

**Via U.S. Mail:**

113 Boerum PL LLC
113 Boerum Place
Brooklyn, New York 11201

113 Boerum PL LLC
100A Broadway, #440
Brooklyn, New York 11249

**18-01236-LMI Notice will be electronically mailed to:**

Tamara Van Heel on behalf of Plaintiff Jacqueline Calderin
tvh@agentislaw.com,
tvh@ecf.courtdrive.com;nsocorro@agentislaw.com;bankruptcy@agentislaw.com